COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-443-CV

CAVALRY CONSTRUCTION, LLP, APPELLANTS

AND PLF FAMILY ASSET MANAGEMENT, LLC

V.

HUDSON FABRICATION SERVICES APPELLEE

----------

FROM COUNTY 
COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, JJ. 

DELIVERED: January 19, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.